IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE SANCHEZ, | ) | No. C 14-00854 EJD (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| FRED FOULK, Warden, | ) ) | |
| Respondent. | ) ) ) | |

    On February 26, 2014, Petitioner, a state prisoner proceeding pro se, filed a motion for appointment of counsel, asserting he needs assistance to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Docket No. 1.)  On April 15, 2014, the Court denied the motion and directed Petitioner file a petition and an In Forma Pauperis ("IFP") Application within twenty-eight days or his case would be dismissed.  (Docket No. 8.)  The deadline has since passed, and Petitioner has failed to respond.  Accordingly, this case is **DISMISSED** without prejudice for failure to file a petition and pay the filing fee.

    The Clerk shall terminate any pending motions and close the file.

DATED: 5/30/2014

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.14\00854Sanchez_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORGE SANCHEZ,

         Petitioner,

  v.

FRED FOULK, Warden,

         Respondent.
                               /

Case Number: CV14-00854 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/2/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Sanchez
CDCR No. AK-1353
High Desert State Prison
P.O . Box 3030
Susanville, CA 96127

Dated:   6/2/2014

                                          Richard W. Wieking, Clerk
                                        /s/By: Elizabeth Garcia, Deputy Clerk